AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| AMY M. HILL | ) |
| | ) Case No: 5:18CR50057-002 |
| | ) USM No: 68340-479 |
| Date of Original Judgment: _08/13/2019_ | ) |
| Date of Previous Amended Judgment: ___ | ) Rex Earl Starr |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _08/15/2019_ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _02/01/2024_

Effective Date: _02/01/2024_
*(if different from order date)*

_____
*Judge's signature*

Timothy L. Brooks, U.S. District Judge
*Printed name and title*